1  **WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
2  BETSY C. MANIFOLD (182450)
   RACHELE R. BYRD (190634)
3  ALEX J. TRAMONTANO (276666)
   FERDEZA ZEKIRI (335507)
4  750 B Street, Suite 1820
   San Diego, CA 92101
5  Telephone: (619) 239-4599
   Facsimile: (619) 234-4599
6  manifold@whafh.com
   byrd@whafh.com
7  tramontano@whafh.com
   zekiri@whafh.com
8
   *Attorneys for Plaintiff*
9
   [Additional counsel on signature page]
10

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LALONE, Derivatively on Behalf of Nominal Defendant BLOCK, INC., | Case No. 3:23-cv-00772-LJC |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| JACK DORSEY, ROELOF BOTHA, AMY BROOKS, SHAWN CARTER, PAUL DEIGHTON, RANDY GARUTTI, JAMES MCKELVEY, MARY MEEKER, ANNA PATTERSON, LAWRENCE SUMMERS, DAVID VINIAR, DARREN WALKER, and AMRITA AHUJA, | |
| Defendants, and | |
| BLOCK, INC., | |
| Nominal Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL
No. 3:23-cv-00772-LJC

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Kevin LaLone ("Plaintiff") voluntarily dismisses the claims in the above-captioned action (the "Action") without prejudice. Because this Notice of Voluntary Dismissal is being filed with the Court before Defendants have served either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 28, 2023                    Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: *Rachele R. Byrd*
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY LAW, P.A.**
TIMOTHY J. MACFALL
VINCENT A. LICATA
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
tjm@rl-legal.com
Email: vl@rl-legal.com

**ROSCA SCARLATO LLC**
ALAN ROSCA
2000 Auburn Drive, Suite 200
Beachwood, OH 44122
Telephone: (216) 570-0097
arosca@rscounsel.law

NOTICE OF VOLUNTARY DISMISSAL
No. 3:23-cv-00772-LJC

-1-